# EXHIBIT A

*EXCLUSIVE* Kourtney Kardashian stops to see her kids at the dance studio before a date with Luka Sabbat - set number BGUS_1357619 - 18 images



## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *EXCLUSIVE* Kourtney Kardashian stops to see her kids at the dance studio
Search Results: Displaying 1 of 1 entries



### *EXCLUSIVE* Kourtney Kardashian stops to see her kids at the dance studio...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002132229 / 2018-12-27 |
| **Application Title:** | *EXCLUSIVE* Kourtney Kardashian stops to see her kids at the dance studio before a date with Luka Sabbat - set number BGUS_1357619 - 18 images |
| **Title:** | *EXCLUSIVE* Kourtney Kardashian stops to see her kids at the dance studio before a date with Luka Sabbat - set number BGUS_1357619 - 18 images. [Group registration of published photographs. 18 photographs. 2018-10-03 to 2018-10-03] |
| **Description:** | 18 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2018 |
| **Publication Date Range:** | 2018-10-03 to 2018-10-03 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Carlos Ruano; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2018 (18 photographs): 16549539, 16549540, 16549541, 16549542, 16549543, 16549544, 16549545, 16549546, 16549547, 16549548, 16549549, 16549550, 16549551, 16549552, 16549553, 16549554, 16549555, 16549556 |
| **Names:** | Ruano, Carlos |
| | BackGrid USA, Inc. |



**Save, Print and Email (Help Page)**
Select Download Format [Full Record] [Format for Print/Save]
Enter your email address: [_____] [Email]

Help Search History Titles Start Over

*EXCLUSIVE* Kourtney Kardashian stops to see her kids at the dance studio before a date with Luka Sabbat - set number BGUS_1357619 - 18 images

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

2019-01-04 09:01:56    Page 2 of 2

# Copyright
United States Copyright Office

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

[Help] [Search] [History] [Titles] [Start Over]

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = Justin Bieber and J Balvin come together to film newest music video in Miami,
Search Results: Displaying 1 of 1 entries

[previous] [next]

[Labeled View]

*Justin Bieber and J Balvin come together to film newest music video in...*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002208485 / 2020-05-26 |
| **Application Title:** | Justin Bieber and J Balvin come together to film newest music video in Miami, FL - set number BGUS_1885342 - 78 images |
| **Title:** | Justin Bieber and J Balvin come together to film newest music video in Miami, FL - set number BGUS_1885342 - 78 images. [Group registration of published photographs. 78 photographs. 2020-02-27 to 2020-02-27] |
| **Description:** | 78 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-02-27 to 2020-02-27 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Carlos Marques; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in February 2020 (78 photographs): 26943950, 26943747, 26943746, 26943745, 26943744, 26943743, 26943742, 26943741, 26943740, 26943739, 26943738, 26943737, 26943736, 26943735, 26943734, 26943733, 26943732, 26943731, 26943730, 26943729, 26943728, 26943727, 26943726, 26943725, 26943724, 26943723, 26943722, 26943721, 26943720, 26943719, 26943718, 26943717, 26943716, 26943715, 26943714, 26943713, 26943712, 26943711, 26943710, 26943709, 26943708, 26943707, 26943706, 26943705, 26943704, 26943703, 26943702, 26943701, 26943700, 26943699, 26943698, 26943697, 26943696, 26943695, 26943694, 26943693, 26943692, 26943691, 26943690, 26943689, 26943688, 26943687, 26943686, 26943685, 26943684, 26943683, 26943682, 26943681, 26943680, 26943679, 26943678, 26943677, 26943676, 26943675, 26943674, 26943673, 26943672, 26943671 |
| **Names:** | Marques, Carlos |
| | BackGrid USA, Inc. |


[previous] [next]

Justin Bieber and J Balvin come together to film newest music video in Miami, FL - set number BGUS_1885342 - 78 images

## Save, Print and Email (Help Page)

Select Download Format [Full Record ▼] [Format for Print/Save]

Enter your email address: [_____] [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Case 2:21-cv-07879 Document 1-1 Filed 10/01/21 Page 6 of 9 Page ID #:14

*PREMIUM-EXCLUSIVE* Kendall Jenner and Hailey Baldwin enjoy a girls day at the Kardashians beach house in Malibu! - set number BGUS_1982265 - 93 images

# Copyright
*United States Copyright Office*

**Library buildings are closed to the public until further notice, but the U.S. Copyright Office Catalog is available. More.**

Help | Search | History | Titles | Start Over

## Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title = *PREMIUM-EXCLUSIVE* Kendall Jenner and Hailey Baldwin enjoy a girls day at the
Search Results: Displaying 1 of 1 entries



previous | next

Labeled View

***PREMIUM-EXCLUSIVE* Kendall Jenner and Hailey Baldwin enjoy a girls day at...**

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002227758 / 2020-11-19 |
| **Application Title:** | *PREMIUM-EXCLUSIVE* Kendall Jenner and Hailey Baldwin enjoy a girls day at the Kardashians beach house in Malibu! - set number BGUS_1982265 - 93 images |
| **Title:** | *PREMIUM-EXCLUSIVE* Kendall Jenner and Hailey Baldwin enjoy a girls day at the Kardashians beach house in Malibu! - set number BGUS_1982265 - 93 images. [Group registration of published photographs. 93 photographs. 2020-08-22 to 2020-08-22] |
| **Description:** | 93 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2020 |
| **Publication Date Range:** | 2020-08-22 to 2020-08-22 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Wagner Azevedo; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in August 2020 (93 photographs): 28712699, 28712698, 28712697, 28712696, 28712695, 28712694, 28712693, 28712692, 28712691, 28712690, 28712689, 28712688, 28712687, 28712686, 28712685, 28712684, 28712683, 28712682, 28712681, 28712680, 28712679, 28712678, 28712677, 28712676, 28712675, 28712674, 28712673, 28712672, 28712671, 28712670, 28712669, 28712668, 28712667, 28712666, 28712665, 28712664, 28712663, 28712662, 28712661, 28712660, 28712659, 28712658, 28712657, 28712656, 28712655, 28712654, 28712653, 28712652, 28712651, 28712650, 28712649, 28712648, 28712647, 28712646, 28712645, 28712644, 28712643, 28712642, 28712641, 28712640, 28712639, 28712638, 28712637, 28712636, 28712635, 28712634, 28712633, 28712632, 28712631, 28712630, 28712629, 28712628, 28712627, 28712626, 28712625, 28712624, 28712623, 28712622, 28712621, 28712620, 28712619, 28712618, 28712617, 28712616, 28712615, 28712614, 28712613, 28712612, 28712611, 28712610, 28712609, 28712608, 28712607 |
| **Names:** | Azevedo, Wagner<br>BackGrid USA, Inc. |

*PREMIUM-EXCLUSIVE* Kendall Jenner and Hailey Baldwin enjoy a girls day at the Kardashians beach house in Malibu! - set number BGUS_1982265 - 93 images

[◀ previous] [next ▶]

**Save, Print and Email (Help Page)**

Select Download Format [Full Record ▼]  [Format for Print/Save]

Enter your email address: [_____] [Email]

Help   Search   History   Titles   Start Over

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page



# Public Catalog

Copyright Catalog (1978 to present)
Search Request: Left Anchored Title =
*EXCLUSIVE* Kylie Jenner Shines in White for dinner with Pia Mia at The Nice Guy - set number BGUS_2096715 - subset NNON
Search Results: Displaying 1 of 1 entries



### *EXCLUSIVE* Kylie Jenner Shines in White for dinner with Pia Mia at The...

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002253049 / 2021-05-18 |
| **Application Title:** | *EXCLUSIVE* Kylie Jenner Shines in White for dinner with Pia Mia at The Nice Guy - set number BGUS_2096715 - subset NNON - 7 images |
| **Title:** | *EXCLUSIVE* Kylie Jenner Shines in White for dinner with Pia Mia at The Nice Guy - set number BGUS_2096715 - subset NNON - 7 images. [Group registration of published photographs. 7 photographs. 2021-03-27 to 2021-03-27] |
| **Description:** | 7 photographs : Electronic file (eService) |
| **Copyright Claimant:** | BackGrid USA, Inc., Transfer: By written agreement. Address: 700 N. Pacific Coast Highway, Suite 200, Redondo Beach, CA, 90277, United States. |
| **Date of Creation:** | 2021 |
| **Publication Date Range:** | 2021-03-27 to 2021-03-27 |
| **Nation of First Publication:** | United States |
| **Authorship on Application:** | Shannon Watts; Domicile: United States. Authorship: photographs. |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
| | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in March 2021 (7 photographs): 30669845, 30669844, 30669843, 30669837, 30669826, 30669825, 30669823 |
| **Names:** | Watts, Shannon<br>BackGrid USA, Inc. |

**Save, Print and Email (Help Page)**
Select Download Format [Full Record] [Format for Print/Save]
Enter your email address: [ ] [Email]

*EXCLUSIVE* Kylie Jenner Shines in White for dinner with Pia Mia at The Nice Guy - set number BGUS_2096715 - subset NNON - 7 images

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |  Copyright Office Home Page  |  Library of Congress Home Page

2021-05-28 09:00:35

Page 2 of 2